# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 1, 2022

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re: Day & Zimmermann NPS, Inc.
           v. John Waters, Individually and on Behalf of All Other Similarly
           Situated
           No. 21-1192
           (Your No. 20-1997)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on February 25, 2022 and placed on the docket March 1, 2022 as No. 21-1192.

                                          Sincerely,

                                          **Scott S. Harris**, Clerk

                                          by

                                          Claude Alde
                                          Case Analyst