UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

| | |
|---|---|
| JOHN WATERS, Individually and For Others Similarly Situated,<br><br>v.<br><br>DAY & ZIMMERMANN NPS, INC. | Case No. 1:19-cv-11585 |

### NOTICE OF SETTLEMENT AND JOINT STATUS REPORT

Pursuant to the Court's June 21, 2022 Order on the parties' Joint Motion to Continue Stay Pending Mediation and Continue June 24, 2022 Status Conference (Dkt. 131), Defendant Day & Zimmermann NPS, Inc. and Plaintiff John Waters ("Plaintiff"), by and through their undersigned counsel, hereby file this Notice of Settlement and Joint Status Report to inform the Court that, during a full-day mediation on August 25, 2022, the parties reached an agreement in principle to resolve Plaintiff's claims as well as the claims of each of the 132 individuals who have filed opt-in consent forms ("Opt-In Plaintiffs") to join the above-referenced action. The parties respectfully request that the Court set a deadline of no later than October 10, 2022 for Plaintiff to seek approval of the Plaintiff's and Opt-In Plaintiffs' release of claims under the Fair Labor Standard Act as provided for in the settlement.

[SIGNATURES ON FOLLOWING PAGE]

Dated: August 30, 2022                                                Respectfully submitted,

| | |
|---|---|
| **GORDON LAW GROUP, LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| | |
| */s/ Philip J. Gordon* | */s/ Keri L. Engelman* |
| Philip J. Gordon, BBO #630989 | Keri L. Engelman, BBO #704360 |
| Kristen M. Hurley, BBO # 658237 | One Federal Street |
| 585 Boylston St. | Boston, MA  02110 |
| Boston, MA 02116 | 617.341.7700 – Telephone |
| 617.536.1800 – Telephone | 617.341.7701 – Facsimile |
| 617.536.1802 – Facisimile | keri.engelman@morganlewis.com |
| pgordon@gordonllp.com | |
| khurley@gordonlp.com | Michael J. Puma (*pro hac vice*) |
| | 1701 Market Street |
| **JOSEPHSON DUNLAP LAW FIRM** | Philadelphia, PA  19103 |
| | 215.963.5000 – Telephone |
| Michael A. Josephson (*pro hac vice*) | 215.963.5001 – Facsimile |
| Andrew W. Dunlap (*pro hac vice*) | michael.puma@morganlewis.com |
| Richard A. Schriber (*pro hac vice*) | |
| 11 Greenway Plaza, Suite 3050 | *Counsel for Defendant* |
| Houston, Texas 77046 | |
| 713.352.1100 – Telephone | |
| 713.352.3300 – Facsimile | |
| mjosephson@mybackwages.com | |
| adunlap@mybackwages.com | |
| rschreiber@mybackwages.com | |

**BRUCKNER BURCH, P.L.L.C.**

Richard J. (Rex) Burch (*pro hac vice*)
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713.877.8788 – Telephone
713.877.8065 – Facsimile
rburch@brucknerburch.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August 2022 a true and correct copy of the foregoing document was served via the Court's ECF filing system on the following:

>Philip J. Gordon
>Kristen M. Hurley
>GORDON LAW GROUP, LLP
>585 Boylston St.
>Boston, MA  02116
>
>Michael A. Josephson
>Andrew W. Dunlap
>Richard M. Schreiber
>JOSEPHSON DUNLAP LLP
>11 Greenway Plaza, Suite 3050
>Houston, TX  77046
>
>Richard J. (Rex) Burch
>BRUCKNER BURCH, PLLC
>8 Greenway Plaza, Suite 1500
>Houston, TX  77046

*Counsel for the Plaintiff*

/s/ Keri L. Engelman
Keri L. Engelman
