United States District Court
District of Massachusetts

| | |
|---|---|
| John Waters,<br>*Individually and For Others*<br>*Similarly Situated*<br><br>        Plaintiff,<br><br>        v.<br><br>Day & Zimmermann NPS, Inc.,<br><br>        Defendant. | Civil Action No.<br>19-11585-NMG |

**ORDER**

**GORTON, J.**

Having reviewed plaintiff's Revised Unopposed Motion for Approval of Settlement, Service Award, Attorneys' Fees, and Costs (Docket No. 147) and the accompanying papers and exhibits, the Court hereby orders that:

1) because the settlement as set forth in the Joint Stipulation of Settlement and Release (Docket No. 145) constitutes "a fair and reasonable resolution of a bona fide dispute over FLSA provisions[,]" Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir. 1982), it is approved;

2) the Service Award to the named plaintiff is approved; and

3) as to Plaintiff and all Opt-in Plaintiffs who have filed a consent to join this action, the case is **DISMISSED with prejudice.**

**So ordered.**

Dated: May 1, 2023

_____
Nathaniel M. Gorton
United States District Judge