**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**John Waters**</u>

        Plaintiff

   V.                                  CIVIL ACTION

                                         NO. <u>19-11585-NMG</u>

<u>**Day & Zimmermann NPS, Inc.**</u>

        Defendant

### **ORDER OF DISMISSAL**

<u>Gorton, D. J.</u>

    In accordance with the Order entered on <u>May 1, 2023</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                  By the Court,

<u>5/2/2023</u>                                    <u>/s/Douglas Warnock</u>
    Date                                        Deputy Clerk